**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 113658

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 28 2017 ★

LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH SACKNIEVICH, NIRVANA SINGH AND CHARDE LOCKETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RUI CREDIT SERVICES, INC.,<br><br>Defendant. | Docket No: 2:17-cv-06747-ADS-AKT<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff DEBORAH SACKNIEVICH, NIRVANA SINGH AND CHARDE LOCKETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: December 26, 2017

BARSHAY SANDERS, PLLC

By: /s/ David M. Barshay
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
ConsumerRights@BarshaySanders.com
*Attorneys for Plaintiff*
Our File No.: 113658

The Court is closing this case for administrative purposes pursuant to the terms of the settlement agreement. In the event that the parties are unable to finalize the settlement, they are granted leave to move to reopen the case. SO ORDERED.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

12/28/17
_____
Date

2